UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY MERITHEW,

        Plaintiff,

vs.

        Case No. 18-CV-11182
        HON. GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

ORDER ACCEPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION [ECF No. 18]

Plaintiff Mary Merithew filed an application for Social Security Supplemental Insurance benefits (SSI) on March 20, 2014. Plaintiff alleges disability based on anxiety, bipolar, and panic disorder. The ALJ found that plaintiff was not disabled and denied her claims because a person with her background and residual functional capacity could perform a significant number of jobs. Plaintiff requested review of the ALJ's decision. On February 27, 2018, the Appeals Council denied review, making the ALJ's decision the final decision of the Commissioner. Plaintiff timely filed for judicial review.

Both parties filed motions for summary judgment which were referred to the Magistrate Judge for report and recommendation. On April 11,

2019, the Magistrate Judge issued a report and recommendation recommending that plaintiff's motion for summary judgment be denied and defendant's motion for summary judgment be granted.  Objections to the report have not been filed by defendant within the established time period. The court has reviewed the file, record and magistrate judge's report and recommendation.

The court agrees with the analysis conducted by the magistrate judge, and therefore accepts his recommendation.  Now, therefore,

IT IS HEREBY ORDERED that plaintiff's motion for summary judgment is DENIED.

IT IS HEREBY FURTHER ORDERED that defendant's motion for summary judgment is GRANTED.

IT IS HEREBY FURTHER ORDERED that judgment enter for defendant.

Dated:   April 30, 2019

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 30, 2019, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk